IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BRIDGETTE FRAZIER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01762 SWW |
| | * | |
| ARKANSAS LOTTERY COMMISSION, ET AL., | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is plaintiff's motion to strike as untimely the reply defendants filed to plaintiffs' response to defendants' motion to dismiss. Neither the Federal Rules of Civil Procedure nor the Local Rules address replies to responses to motions to dismiss. The Court considers a motion to dismiss ripe for determination when a timely response is filed and will not delay a ruling to wait for a reply unless a party has moved for and been granted leave to file a reply.

The motion to strike [docket entry 13] is denied. Plaintiff is granted fourteen [14] days from the date of entry of this Order to file a response to the reply. No further pleadings as to the motion to dismiss will be allowed without leave of Court.

DATED this 28th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE