IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BRIDGETTE FRAZIER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01762 SWW |
| | * | |
| ARKANSAS LOTTERY COMMISSION, A Public Body Corporate; ERNIE PASSAILAIGUE, Individually and in His Official Capacity as Executive Director of the Arkansas Lottery Commission; and ERNESTINE MIDDLETON, Individually and in Her Official Capacity as Vice President of Operations of the Arkansas Lottery Commission; | * * * * * * * * * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, plaintiff's claims under federal law are dismissed with prejudice; plaintiff's state law claims are dismissed without prejudice.

DATED this 15th day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE